UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Scott Johnson, | Case No. 2:16-cv-02682-MCE-AC |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |
| v. | |
| Sylvan Contractors Storage & Yard, LLC, a California Limited Liability Company; Bruce P. Boudreau; and Does 1-10, | |
| Defendants. | |

Pursuant to the parties' stipulation, the Clerk's Entry of Default against Defendant Bruce P. Boudreau is hereby set aside. Defendant Bruce P. Boudreau shall have ten days after the date of this order to file an Answer to the Complaint.

IT IS SO ORDERED.

Dated:  January 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE