UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

SYLVAN CONTRACTORS STORAGE & YARD, LLC, a California Limited Liability Company; BRUCE P. BOUDREAU; and Does 1-10,

    Defendants.

Case: 2:16-CV-02682-MCE-AC

**ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE